DR. ROBERT EDELMAN v. JOHN F. KENNEDY
MEMORIAL HOSPITAL.

February 28, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. GLENN FODOR.

February 28, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. SYLVESTER ROOTS.

February 28, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. JORGE BARZAGA.

February 28, 1984.

Petition for certification denied.